

# In the Missouri Court of Appeals
# Eastern District

DECEMBER 1, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED102379    KENNETH SILLS, APP V STATE OF MISSOURI, RES

2.      ED102421 STATE OF MISSOURI, RES V JOSHUA L. MAYNARD, APP

3.      ED102768 LIMAMOULAYE SALL, APP V SAAD J. AHMED, RES

**CORRECTION(S)**:

1.      ED101631 STATE OF MISSOURI, RES V TRAVIS NUNLEY, APP

2.      ED101975 STATE OF MISSOURI, RES V JERROD JONES, APP